UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   17 CR 37-6 (VB)
WILLIAM SOMERS,                   :
                    Defendant.    :
------------------------------------------------------x

    Having reviewed defendant William Somers's request for early termination of supervised release (Doc. #120); consulted with defendant's probation officer, who has no objection to the request; and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by defendant's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant William Somers is discharged therefrom, effective immediately.

Dated: April 11, 2022
       White Plains, NY

                              SO ORDERED:

                              *[signature]*

                              Vincent L. Briccetti
                              United States District Judge

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-11-22]*